UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARRYL L. WHITE** | **CIVIL ACTION** |
| **versus** | **NO. 09-3242** |
| **RIVER CORRECTIONAL CTR.**<br>**24TH JUDICIAL DISTRICT COURT**<br>**STATE OF LOUISIANA** | **SECTION: "I" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Darryl L. White** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 26th day of August, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**